**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Clifford STEWART, Defendant–Appellant.**

**No. 06–16601
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

July 30, 2007.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Gerald B. Williams, Gerald B. Williams, P.C., Albany, GA, for Defendant–Appellant.

Before ANDERSON, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Clifford Stewart, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and Stewart's conviction and sentence is **AFFIRMED.**